# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | 5:19-cv-02145-MWF-SHK | Date: | April 7, 2020 |

Title: *Manpreet Singh v. Thomas Giles, et al.*

---

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE**

On November 7, 2019, Petitioner Manpreet Singh ("Petitioner") filed a Petition for Writ of Habeas Corpus by a person in Federal Custody under 28 U.S.C. §2241 ("Petition") in this Court. Electronic Case Filing Number ("ECF No.") 1, Petition. Petitioner is represented by Counsel Nilima Patel Shah. On December 5, 2019, the Court issued its Order Requiring Answer/Return To Petition ("Scheduling Order"), wherein, in pertinent part, Petitioner was advised that a single Reply may be filed responding to the matters raised in the Answer within thirty days of the date of service. ECF No. 4, Scheduling Order.

On February 18, 2020, Respondent filed their Answer with lodged documents. ECF Nos. 6, 7, 8. Thus, pursuant to the Court's Scheduling Order, Petitioner's traverse/reply was due on or before March 19, 2020. To date, Petitioner has not filed a Traverse/Reply nor has Petitioner requested an extension of time to do so despite Petitioner being represented by counsel.

Accordingly, Petitioner **IS ORDERED TO**, on or before **April 17, 2020,** either: (a) advise the Court that he does not desire to pursue this action in writing; (b) if petitioner does desire to pursue this action, **SHOW GOOD CAUSE** in writing, if any exists, why petitioner has not timely complied with the Court's Order; or (c) file a Traverse/Reply.

Petitioner is reminded that any Traverse/Reply filed shall: (a) state whether Petitioner admits or denies each allegation of fact contained in the Answer; (b) be limited to facts or arguments responsive to matters raised in the Answer; and (c) not raise new grounds for relieve

that were not asserted in the Petition.  Grounds for relief withheld until the Reply/Traverse will not be considered and must, instead, be raised in an Amended Petition, which Petitioner must seek leave from the Court to file.  Moreover, pursuant to the Local Rules, no Reply/Traverse shall exceed twenty-five pages in length absent advance leave from Court, which will be granted only for good cause shown.  The Court will take the matter under submission as of the date Petitioner files a Traverse/Reply, or on **April 18, 2020**, the day following the aforementioned filing deadline of **April 17, 2020**.

**Petitioner is forewarned that, failure to timely perform any of the options above <u>will</u> result in the matter being submitted on the grounds raised in the Petition.**

**IT IS SO ORDERED.**