JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPREET SINGH,<br><br>                     Petitioner,<br><br>        v.<br><br>THOMAS GILES, Acting Field Office Director Immigration and Customs Enforcement, et al.,<br><br>                     Respondents. | Case No. 5:19-cv-02145-MWF (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: September 22, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge